FILED
Send
2004 DEC 13 PM 12:46
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
RIVERSIDE

LODGED
2004 DEC 10 PM 2:37
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LISA LIBERI | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED CV 04-01524 VAP (SGLx) |
| v. | |
| SAN BERNARDINO CO SHERIFF'S DEPARTMENT | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S) | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee

Note This order does not authorize a plaintiff to proceed in *forma pauperis* nor does it authorize service of the complaint by the U S Marshal Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned The Judge may strike the complaint or may dismiss the action for failure to comply with the Federal Rules of Civil Procedure or the Local Rules of the District Court

12/13/04
Date

_____
United States Magistrate Judge

===================================================================================

**IT IS RECOMMENDED** that the application of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s)

☐ Inadequate showing of indigency          ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☐ Other _____

Comments

_____          _____
Date                              United States Magistrate Judge

===================================================================================

IT IS ORDERED that the application of plaintiff to file the action without prepayment of the filing fee is
        ☐ GRANTED          ☐ DENIED (See note above)

DOCKETED ON CM
DEC 17 2004

_____          _____
Date                              United States District Judge

CV 73A (02/99)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE

002