**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 04-1524-VAP(SGLx)                Date: November 10, 2005

Title:   LISA LIBERI individually and as Guardian Ad Litem for CLIFFORD RICHARDSON -v- ~~SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT~~, et al.

================================================================

PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Rachel Ingram                                    None Present
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

None                                     None

PROCEEDINGS:   MINUTE ORDER TAKING DEFENDANTS RANDOLPH HOUTS'S AND HOUTS & ASSOCIATES' MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT OFF CALENDAR (IN CHAMBERS)

On October 24, Defendants Randolph Houts and Houts & Associates ("Houts") filed a Motion to Dismiss and/or Strike Plaintiffs' Complaint. Houts set a hearing date of November 21, 2005.

Under Local Rule 7-9, Defendants should have filed Opposition by November 7, 2005. No Opposition having been received by November 9, 2005, the Court

MINUTES FORM 11                    Initials of Deputy Clerk
CIVIL -- GEN

hereby takes the matter off calendar and will resolve the matter without hearing pursuant to Local Rule 7-15.   The Motion is under submission.

**IT IS SO ORDERED.**