SCAN ONLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   EDCV 04-1524-VAP(SGLx)           Date   January 9, 2006

Title   LISA LIBERI individually and as Guardian Ad Litem for CLIFFORD RICHARDSON -v- ~~SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT~~, et al.

---

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| RACHEL INGRAM | PHYLLIS PRESTON | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Michelle Strickland                          Vanessa S. Davilla
                                             Teresa M. McGowan
                                             Denise Rocawich

Proceedings: Michelle D. Strickland's Motion to be Relieved of Counsel (filed 12/14/05)

   Court issues a tentative ruling, hears oral argument and takes the matter(s) under submission.

DOCKETED ON CM
JAN 12 2006
BY _____ 075

Initials of Preparer   RI

: 5